**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

IN RE:

**MATTHEW TIMOTHY WHITE**                             CASE NO. 20-51689
**LASHAWNDA YVETTE WHITE**

<u>**ORDER**</u>

\* \* \* \* \*

    The Court having considered the Motion of the Debtor(s) to allow them to have their Chapter 13 proceeding reinstated, and being sufficiently advised, IT IS HEREBY ORDERED that the Order dated January 5, 2021, dismissing Debtor(s) Chapter 13 proceeding is set aside and vacated.  IT IS FURTHER ORDERED that the case herein is reinstated, and all previous Orders and scheduling are in effect.

Copies to:

Charles A. Grundy, Jr.                          Hon. Beverly M. Burden, Trustee
(via electronic delivery)                        (via electronic delivery)

Office of the U.S. Trustee
(via electronic delivery)

and

All Creditors

> Pursuant to Local Rule 9022-1(c), Hon. Charles A. Grundy, Jr., shall cause a copy of this Order to be served on each of the parties designated to receive this Order pursuant to Local Rule 9022-1(a) and shall file with the Court a Certificate of Service of the Order upon such parties within ten (10) days hereof.

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Monday, February 1, 2021**
(tnw)