**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

IN RE:  Matthew Timothy White
LaShawnda Yvette White                    Case Number:   20-51689
Debtors

## NOTICE OF CONTINUED CONFIRMATION HEARING

Notice is hereby given that the first confirmation hearing is continued to 4/21/2021 at 9:00 am and will be conducted by video conference.

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served upon the persons listed below either electronically or by mail on 2/2/2021.

/s/ Beverly M. Burden
Beverly M. Burden, Chapter 13 Trustee
P O Box 2204
Lexington, KY  40588-2204
notices@ch13edky.com
859-233-1527

GRUNDY, JR, CHARLES A
Served Electronically Via ECF